# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 13-cv-02247-WJM-BNB

GENERO ZUNIGA,

    Applicant,

v.

JAMES FALK, Warden of Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of in *People v. Zuniga*, Arapahoe County District Court Case No. 04CR1690, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the record, if provided in electronic format, shall display transcripts for all proceedings, including hearings and days of trial, by separate date and not as one continuous document.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Arapahoe County District Court
            7325 S. Potomac St.
            Centennial, CO 80112

    (2)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado  80202.

DATED this 18th day of June, 2014.

                                      BY THE COURT:

                                      William J. Martinez
                                      United States District Judge